IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NEIL E. ACKERMAN,**

**Plaintiff,**

**v.**

**GREG SCHWARTZ, et al.,**

**Defendants.**                                                                 No. 05-CV-0198-DRH

### ORDER

**HERNDON, District Judge:**

On March 18, 2005, Neil Ackerman, while an inmate at the Pickneyville Correctional Center, filed this lawsuit for deprivations of his constitutional rights pursuant to **42 U.S.C. § 1983** (Doc. 1).

Pursuant to **28 U.S.C. § 636(b)(1)(B)**, Magistrate Judge Donald G. Wilkerson submitted a Report and Recommendation ("the Report") on June 13, 2006 (Doc. 14). The Report recommends that the Court dismiss without prejudice Plaintiff's cause of action for want of prosecution and for failure to follow court orders.

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service of the Report. To date, none of the parties has filed objections. The period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 14). The Court **DISMISSES without prejudice** Plaintiff's cause of action for failure to prosecute.

**IT IS SO ORDERED.**

Signed this 5th day of July, 2006.

/s/        David   RHerndon<br>**United States District Judge**