IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 11/01/2006            CASE NAME: Ackerman -vs- Schwartz, et al.

CASE NO. : 05-198-DRH

DOCUMENT NO.: 16            DOCUMENT TITLE: Judgment

One of the following errors/deficiencies has been identified in the document listed above:

☒    Document entered in wrong case.

## ACTION TAKEN BY CLERK'S OFFICE

☒    Docket entry "STRICKEN" as ordered by the Court.  The .pdf document has been deleted by the Clerk's Office.

Norbert G. Jaworski
Clerk of Court

By:  s/Mona Zingrich